THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD EARL NICHOLSON,<br>Individually and on behalf of all<br>Others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>UTI WORLDWIDE, INC. and UTI<br>INTEGRATED LOGISTICS, INC.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　Case No. 3:09-cv-00722-JPG-DGW<br>)<br>)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER**

This cause has come before the Court upon Defendants' Motion for Leave to File Sur-Reply to Plaintiffs' Motion for Conditional Collective Action Certification (Doc. 86). They argue that a sur-reply is necessary because Plaintiffs raised new factual allegations in their reply brief. Plaintiffs oppose the motion (Doc. 89).

Local Rule 7.1(c) states in pertinent part, "Under no circumstances will sur-reply briefs be accepted." Accordingly, the Court **DENIES** the motion for leave to file a sur-reply brief (Doc. 86). To the extent Plaintiffs belatedly raised any matter for the first time in their reply brief, the Court may disregard it. *See Wright v. United States*, 139 F.3d 551, 553 (7th Cir.1998) (arguments raised for the first time in a reply brief are deemed waived).

**Date: September 24, 2010**

　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　**Judge J. Phil Gilbert**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**