THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD EARL NICHOLSON, Individually and on behalf of all Others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UTI WORLDWIDE, INC. and UTI INTEGRATED LOGISTICS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:09-cv-722-JPG-DGW<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

"Under no circumstances will sur-reply briefs be accepted." Local Rule 7.1(c) & (g). The defendants ask the Court to reconsider its September 24, 2010, order enforcing this rule on the theory that this provision of Local Rule 7.1 does not apply in this case because it is pleaded as a class action. In fact, provisions of Rule 7.1 do not apply in class actions <u>only to the extent that they conflict with Local Rule 23.1</u>. *See* Local Rule 7.1, Introductory Note. Local Rule 7.1's prohibition on sur-reply briefs does not conflict with any part of Local Rule 23.1. The defendants' motion (Doc. 92) is **DENIED**.

**Date: September 30, 2010**

s/ J. Phil Gilbert
**Judge J. Phil Gilbert
United States District Court**