UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD EARL NICHOLSON, individually and on behalf of all others similarly situated, </br></br>  Plaintiff, </br></br> v. </br></br> UTI WORLDWIDE, INC. et al., </br></br> Defendants. | Case No. 3:09-cv-722-JPG-DGW |

## **MEMORANDUM AND ORDER**

This matter comes before the Court for case management purposes. On January 26, 2011, the Court conditionally certified Count 1 of this action to proceed as collective action pursuant to 29 U.S.C. § 216(b). The Court authorized plaintiff Edward Earl Nicholson to send notice under § 216(b) to all current and former forklift operators who worked for UTi in the past three years, although it reserved ruling on the content and format of that notice.

The Court has considered the proposed notices submitted by the respective parties and **ORDERS** that notice shall be given in the form of the notice attached to this order. The Court **FURTHER ORDERS** defendants UTi Worldwide, Inc. and UTi Integrated Logistics, Inc.:

- to produce to the plaintiffs within 20 days of this order the names, addresses (current or last known), dates of employment and worksite locations of all forklift operators employed at any time within the past three years; and

- to post the notice conspicuously in the break room of all facilities in which it employs or has employed forklift operators within the past three years. The notice shall be posted beginning on the first date the notice is mailed and shall continue for a period of 60 days thereafter.

The Court **FURTHER ORDERS** that all consents must be filed in this case within 90 days of the first date the notice is mailed and that Nicholson shall file, within seven days after the

deadline for filing consents, a final notice setting forth a list of all plaintiffs who have joined in this case. The list shall be in the following format:

| Name (Last, First; in alpha order) | Date consent filed | Docket number of consent |
|---|---|---|
| | | |
| | | |
| | | |

Any request for an alteration of this schedule or any complaints about compliance shall be directed to Magistrate Judge Donald G. Wilkerson, the magistrate judge assigned to this case.

**IT IS SO ORDERED.**
**Dated:  February 17, 2011**

                                                s/ J. Phil Gilbert
                                                **U.S. District Judge**