# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD EARL NICHOLSON, individually and on behalf of all others similarly situated, | ) ) ) ) Case No. 3:09-cv-722-JPG-DGW |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| UTI WORLDWIDE, INC. et al., | ) ) |
| Defendants. | ) ) |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. On May 10, 2011, the Court certified Counts II, III, IV and V of this action to proceed as class action pursuant to Federal Rule of Civil Procedure 23(b)(3). The Court ordered the parties to confer on a mutually acceptable class notice, but the parties have failed to reach an agreement and have each submitted separate notices along with letters justifying them. For the sake of building a complete record, the Court will attach those proposed notices and letters as Attachments 2 and 3 to this order.

The Court has considered the proposed notices submitted by the respective parties and **ORDERS** that notice shall be given in the form of the notice attached to this order as Attachment 1. The Court **FURTHER ORDERS** defendants UTi Worldwide, Inc. and UTi Integrated Logistics, Inc. to post the notice conspicuously in the break room of all Illinois facilities in which it employs or has employed forklift operators since September 14, 2004. The notice shall be posted beginning on the first date the notice is mailed and shall continue for a period of 60 days thereafter.

The Court **FURTHER ORDERS** that a list of all class members who have requested to

be excluded from the class be filed in this case within 100 days of the first date the notice is mailed. The list shall be in the following format:

| Name<br>(Last, First; in alpha order) | Date Request is Postmarked |
|---|---|
|  |  |
|  |  |
|  |  |

Any request for an alternation of this schedule or any complaints about compliance shall be directed to Magistrate Judge Donald G. Wilkerson, the magistrate judge assigned to this case.

**IT IS SO ORDERED.**
**Dated: July 26, 2011**

              s/ J. Phil Gilbert
              **U.S. District Court Judge**