UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD EARL NICHOLSON, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UTI WORLDWIDE, INC. et al., | ) ) |
| Defendants. | ) |

Case No. 3:09-cv-722-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Dismissal Without Prejudice and Stipulation Regarding UTi Worldwide, Inc. (Doc. 222), which the Court construes as a stipulation for dismissal of all claims against defendant UTi Worldwide, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that all claims against defendant UTi Worldwide, Inc. are **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**Dated: November 17, 2011**

                                                  s/ J. Phil Gilbert
                                                  **U.S. District Court Judge**