# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD EARL NICHOLSON, individually and on behalf of all others similarly situated, | )<br>)<br>)   Case No. 3:09-cv-722-JPG-DGW |
| Plaintiff, | ) |
| v. | ) |
| UTI WORLDWIDE, INC. *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes of this Fair Labor Standards Act ("FLSA") class action case.  The Court has been informed that the parties have reached a settlement.  This settlement must be reviewed by the Court before this case can be dismissed pursuant to settlement for two reasons:  it is a class action certified under Rule 23, *see* Fed. R. Civ. P. 23(e), and it asserts a claim under the FLSA, *see Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353-54 (11th Cir. 1982).  The Court hereby **REFERS** this matter to Magistrate Judge Wilkerson for entry of a scheduling order to accomplish the tasks contemplated by Rule 23(e), including setting a hearing before this Court to review the fairness of the proposed settlement.

**IT IS SO ORDERED.**
**Dated:  February 1, 2012**

s/ J. Phil Gilbert
**U.S. District Court Judge**