UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD EARL NICHOLSON, individually and on behalf of all others similarly situated, | ) ) ) ) Case No. 3:09-cv-00722-JPG-DGW |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| UTi WORLDWIDE, INC. and UTi INTEGRATED LOGISTICS, LLC, | ) ) ) |
| Defendants. | ) ) |

## **JUDGMENT**

This matter having come before the Court, the parties having settled and agreed to dismissal as follows,

IT IS HEREBY ORDERED AND ADJUDGED that Count I (a claim under the Fair Labor Standards Act) brought by Edward Earl Nicholson, individually and on behalf of the collective action plaintiffs listed in Exhibit A to this Judgment, against defendants UTi Worldwide, Inc. and UTi Integrated Logistics, LLC (formerly UTi Integrated Logistics, Inc.), is dismissed with prejudice and without costs; and

IT IS FURTHER ORDERED AND ADJUDGED that Count II (a claim under the Illinois Minimum Wage Law), Count III (a claim for breach of contract), Count IV (a quantum meruit claim) and Count V (an unjust enrichment claim) brought by Edward Earl Nicholson, individually and on behalf of the following class certified under Federal Rule of Civil Procedure 23:

All current and former employees of UTi Worldwide, Inc. or UTi Integrated Logistics, Inc. in the State of Illinois, whether employed directly by UTi Worldwide, Inc. or UTi Integrated Logistics, Inc. or indirectly through a temporary staffing agency, whose primary job duty is or was to operate a forklift at any time from September 14, 2004, to May 11, 2011,

Except the individuals listed in Exhibit B to this Judgment, who have excluded themselves from the class, and the individuals listed in Exhibit C to this Judgment, who have excluded themselves from the settlement,

against defendants UTi Worldwide, Inc. and UTi Integrated Logistics, LLC (formerly UTi Integrated Logistics, Inc.) are dismissed with prejudice and without costs; and

  IT IS FURTHER ORDERED AND ADJUDGED that Count II (a claim under the Illinois Minimum Wage Law), Count III (a claim for breach of contract), Count IV (a quantum meruit claim) and Count V (an unjust enrichment claim) brought by Edward Earl Nicholson on behalf of the individuals listed in Exhibit C to this Judgment, who have excluded themselves from the settlement, against defendants UTi Worldwide, Inc. and UTi Integrated Logistics, LLC (formerly UTi Integrated Logistics, Inc.) are dismissed without prejudice and without costs.

                **NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated:  July 10, 2012**       **s/ Jina Hoyt, Deputy Clerk**


**Approved:** s/J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**